**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUTH BROWN HENSON | § | CASE NO. 08-36610-DOT |
| | § | CHAPTER 13 |
| AKA RUTH BROWN CARTER | § | |
| | § | JUDGE DOUGLAS O. TICE |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**HSBC Auto Finance**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,

NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial

Tyler Jones

F# 7502-N-8538

9441 LBJ Freeway, Suite 350

Dallas, Texas  75243

(972) 643-6600 / (972) 643-6698 (Telecopier)

E-mail Address: notice@bkcylaw.com

Authorized Agent for HSBC Auto Finance

**CERTIFICATE OF SERVICE**

I, Hilary B. Bonial / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 7, 2009:

**Debtors' Attorney**
Jason Meyer Krumbein
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive Suite 300
Richmond, VA  23230

**Chapter 13 Trustee**
Carl M. Bates
Post Office Box 1819
Richmond, Virginia 23218

**U.S. Trustee**
Gregg R. Nivala
11 South 12th Street, Room 224
Richmond, Virginia 22319

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial

Tyler Jones

7502-N-8538
noaelect