TAX MAP #: <u>807-735-4047</u>

MIN: 1004380-0000000618-9
MERS Phone: 1-888-679-6377

## ASSIGNMENT

FOR VALUE RECEIVED,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), Assignor herein, its successor and assigns, hereby assigned and transferred to <u>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2007QA3</u>, Assignee herein, with an address of c/o GMAC Mortgage, LLC, 1100 Virginia Drive, P.O. Box 8300, Fort Washington, Pennsylvania 19034, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated <u>FEBRUARY 9, 2007</u> and executed by <u>RUTH BROWN CARTER</u> to <u>WILLIAM A. BROWN</u>, Trustee, securing an indebtedness in the original amount of $<u>157,200.00</u>, and recorded at Deed Book: <u>4287</u>, at Page: <u>1473</u>, as Instrument #: <u>LR200707007939</u>, among the land records of the <u>COUNTY OF HENRICO</u>, VA.

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING AND BEING IN THE COUNTY OF HENRICO, VIRGINIA, AND SHOWN AND DESIGNATED AS LOT 9, BLOCK B, SECTION 3, ON SUBDIVISION PLAT OF OAK GLEN, RECORDED IN THE CLERK'S OFFICE, CIRCUIT COURT, HENRICO COUNTY, VIRGINIA, IN PLAT BOOK 101, PAGE 30, TO WHICH PLAT REFERENCE IS HEREBY MADE FOR MORE PARTICULAR DESCRIPTION OF THE PROPERTY.

Commonly known as 3804 GOODELL ROAD, Richmond, VA

Signed on this __6__ day of __November__, 2009

Page 1 of 2

<u>Prepared By & Return To: (Va)</u>
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVE., SUITE 215,
VIRGINIA BEACH, VA 23462
(757) 687-8777 / S&B #: 09-146604V

ASSIGNOR: Mortgage Electronic Registration Systems, Inc. ("MERS")

By: _____
(Seal)   Name: Janine Jameson
         Title: Assistant Secretary

STATE OF PA )
COUNTY OF Montgomery ) SS.

On 11/6/09, before me, Thomas P Strain, personally appeared Janine Jameson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Seal)   Notary Public
         My Commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THOMAS P. STRAIN, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires February 4, 2010

Page 2 of 2

Prepared By & Return To: (We)
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVE., SUITE 215,
VIRGINIA BEACH, VA 23462
(757) 687-8777 / S&B #: 09-145804V

Nov-06-2009 01:23 PM GMAC Mortgage 215-734    2/2