UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: RUTH BROWN HENSON AKA RUTH BROWN CARTER<br>Debtor<br><br>　　　　　Debtor(s) | BCN#: 08-36610\DOT<br>Chapter: 13 |

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE
or present noteholder,
　　　　Movant/Secured Creditor,
v.
RUTH BROWN HENSON
Debtor(s)
and
CARL M. BATES

　　　　Trustee
　　　　Respondents

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 3804 GOODELL ROAD, Richmond, VA 23223, and is more particularly described as follows:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH ALL IMPROVEMENTS THEREON AND APPURTENANCES THERERO BELONGING, LYING AND BEING IN THE COUNTY OF HENRICO, VIRGINIA, AND SHOWN AND DESIGNATED AS LOT 9, BLOCK B, SECTION 3, ON SUBDIVISION PLAT OF OAK GLEN, RECORDED IN THE CLERK'S OFFICE, CIRCUIT COURT,

Edward S. Jones, VSB# 77729
Trenita Jackson-Stewart, VSB# 48412
Shapiro & Burson, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
757-687-8777
09-145804V

HENRICO COUNTY, VIRGINIA, IN PLAT BOOK 101, PAGE 30, TO WHICH PLAT REFERENCE IS HEREBY MADE FOR MORE PARTICULAR DESCRIPTION OF THE PROPERTY.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

    *ORDERED that the Movant shall foreclose on the property within ninety (90) days of entry of this Order.*

    Executed at_____, Virginia, this_____day of_____, 20

_____
United States Bankruptcy Judge

I ask for this:

/S/ TRENITA JACKSON STEWART
_____
Trenita Jackson Stewart, Counsel for Movant

Seen; Agreed:

/S/ MITCHELL P. GOLDSTEIN
_____
MITCHELL P. GOLDSTEIN, Counsel for Debtor

I certify that this proposed Order has been endorsed by all necessary parties.
/S/ TRENITA JACKSON STEWART
_____
Trenita Jackson Stewart., Counsel for Movant

    Copies of this order are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

MITCHELL P. GOLDSTEIN
1650 WILLOW LAWN DR., STE. 300
RICHMOND, VA 23230

CARL M. BATES
P.O. BOX 1819
RICHMOND, VA 23218

RUTH BROWN HENSON
3804 GOODALL RD.
RICHMOND, VA 23223

## CERTIFICATION

     The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order B, and that no modifications have been made with the exception of the language in the last paragraph requesting the Movant to foreclose within ninety (90) days of entry of this Order.

     <u>/s/ Trenita Jackson Stewart,</u> Attorney for Movant

Edward S. Jones, VSB# 77729
Trenita Jackson-Stewart, VSB# 48412
Shapiro & Burson, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
757-687-8777
09-145804V